IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERVIN SPOONER, <br> Reg. No. 33503-034, <br><br> Plaintiff, <br><br> v. <br><br> MARK ZIMMERMAN, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 2:18-CV-485-WKW <br> [WO] |

## **ORDER**

On January 26, 2021, the Magistrate Judge filed a Recommendation (Doc. # 32) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 32) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

A final judgment will be entered separately.

DONE this 22nd day of February, 2021.

   /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE